UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

EDWARD BRAUNSTEIN,

              Plaintiff,          20cv2523 (JGK)

   - against -               ORDER

FRONT YARD RESIDENTIAL CORPORATION
et al.,

              Defendants.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff has failed to serve the summons and complaint on the defendants within 90 days of the filing of the complaint. See Fed. R. Civ. P. 4(m). The time to serve the summons and complaint is extended to July 14, 2020. If the plaintiff does not serve the summons and complaint by July 14, 2020, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    New York, New York
            June 25, 2020                /s/ John G. Koeltl
                                                John G. Koeltl
                                    United States District Judge