# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD BRAUNSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>FRONT YARD RESIDENTIAL CORPORATION, ROCHELLE R. DOBBS, LELAND ABRAMS, GEORGE G. ELLISON, MICHAEL A. ERUZIONE, LESLIE FOX, WADE J. HENDERSON, LAZAR NIKOLIC, and GEORGE WHITFIELD MCDOWELL,<br><br>    Defendants. | Civil Action No. 1:20-cv-02523 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Edward Braunstein hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 10, 2020

                    Respectfully submitted,

                    By: */s/ Joshua M. Lifshitz*
                    Joshua M. Lifshitz
                    Email: jml@jlclasslaw.com
                    **LIFSHITZ LAW FIRM, P.C.**
                    821 Franklin Avenue, Suite 209
                    Garden City, New York 11530

2

Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

2